452 A.2d 1086

Commonwealth v. Curtis, Appellant.

Submitted March 23, 1981. James W. Harris, for appellant; Harry M. Ness, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WIEAND and LIPEZ, JJ.

The judgment of sentence of the lower court is affirmed.

452 A.2d 1087

Commonwealth v. Davis, Appellant.

Petition for Allowance of Appeal Denied Sept. 22, 1983.

Submitted September 20, 1982. Louis Andrew Yuhn, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.